IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN FINANCE, L.L.C., a Delaware limited liability company; | : | Case No. 1:23-cv-910-MN |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION; SHORE UNITED BANK, NATIONAL ASSOCIATION; | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action, is dismissed with prejudice.

OFFIT KURMAN, P.A.

/s/ *Charles A. McCauley, III*
Charles A. McCauley III, Esq. (#4738)
Katherine Randolph Fry, Esq. (#3348)
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
(302) 351-0900
cmccauley@offitkurman.com
kwitherspoonfry@offitkurman.com

*Attorneys for Plaintiff American Finance, LLC*

Dated: January 8, 2024